STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
 **15250 Ventura Blvd., Ninth Floor**
 **Sherman Oaks, California 91403**
 **(818) 205-9955; (818) 205-9944 fax**
E-Mail:  sforman@tharpe-howell.com
E-Mail:  drivera@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MCALLISTER, an individual <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME IMPROVEMENT, an Unknown Business Entity and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No.: 5:19-cv-01684-JGB-SHK <br><br> [*San Bernardino County Superior Court Case No. CIVDS1913643*] <br><br> **ORDER GRANTING THE PARTIES' STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND** <br><br> Assigned to Hon. Jesus G. Bernal; and Magistrate Judge Shashi H. Kewalramani |

The Court, having read and considered the Parties' Stipulation to Cap Plaintiff's Judgment, Award, or Recovery and to Remand, hereby ORDERS as follows:

1.      Plaintiff's total recovery from Defendant Lowe's Home Centers, LLC, for any injuries, damages, harms, or losses resulting from the alleged incident that occurred on Defendant's premises on or about May 24, 2017, and which are the subject of the within action (formerly San Bernardino County Superior Court Case No.: CIVDS1913643) (the "Litigation), including, but not limited to, economic and non-economic damages as well as any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses), is hereby capped at

- 1 -

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

$74,999.99.

2.      If any judgment or award, entered in his favor and against Defendant Lowe's Home Centers, LLC, in the Litigation should exceed $74,999.99, inclusive of any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses) Plaintiff has voluntarily waived the right to claim that portion of his final judgment or award which exceeds $74,999.99.

3.      Should any judgment or award, inclusive of any award of attorneys' fees and costs of suit (including any award of costs for the services of expert witnesses) be entered in his favor and against Defendant Lowe's in the Litigation, in excess of $74,999.99, Plaintiff shall execute any necessary documents to reduce any such award or judgment to $74,999.99, and is barred from executing on any amount of the award or judgment in excess of $74,999.99.

4.      Pursuant to the parties' Stipulation, because this matter no longer exceeds $75,000.00, this Court no longer has subject matter jurisdiction and the matter is hereby REMANDED to the Superior Court for the State of California, County of San Bernardino, Case No.: CIVDS1913643.

5.      All pending dates in the Federal action are hereby vacated.

6.      Named defendant "Lowe's Home Improvement" is hereby dismissed from the Litigation, with prejudice.

**IT IS SO ORDERED.**

Dated:  November 12, 2019

Hon. Jesus G. Bernal
United States District Court Judge

**ORDER ON STIPULATION TO CAP PLAINTIFF'S JUDGMENT, AWARD, OR RECOVERY AND TO REMAND**
MCALLISER V. LOWE'S HOME CENTERS, LLC
CASE NO.: 5:19-cv-01684-JGB-SHK